# Court of Appeals
# of the State of Georgia

ATLANTA, November 24, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0444.  XAVIER WHITE v. THE STATE.**

Xavier White pled guilty to armed robbery, two counts of burglary, second degree criminal damage to property, possession of a firearm during the commission of a felony, possession of a firearm by a convicted felon, and cruelty to children in the third degree.  He filed a motion to withdraw his guilty plea, which the trial court denied on May 5, 2014.  White filed his notice of appeal on June 5, 2014.  This notice of appeal is untimely.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because White filed his notice of appeal 31 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

We note, however, that White was represented by counsel and may be entitled to pursue an out-of-time appeal.  He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):  This appeal has been dismissed because you failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to White and to White's attorney, and the latter is also directed to send a copy to White.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, 11/24/2015*
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*